UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAB.COM, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>WHITEHAWK VENTURES INC.,<br><br>       Defendant.<br>_____/ | No. C12-04191 EMC<br><br>**CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to District Judge Edward M. Chen, for trial and all further proceedings.

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, a case management conference will be held in this case before the **Honorable Edward M. Chen** on **December 14, 2012 at 9:00 a.m., in Courtroom 5, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California.

     1.     The parties shall file a *joint* case management conference statement one week in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." In cases involving pro se litigants, parties shall attempt to file a joint statement; if after due diligence an agreement cannot be reached, the parties may file separate case management statements, with each statement not to exceed seven (7) pages.

2. Any request to reschedule the case management conference date must be made in writing and by stipulation, if possible, not less than ten (10) days before the conference date. Good cause must be shown.

3. Unless proceeding pro se, each party shall be represented at the case management conference by counsel with full and complete authority to address all of the matters referred to in (a) Federal Rules of Civil Procedure 16(c) and 26(f) and (b) the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." Counsel must also have full and complete authority to enter stipulations and made admissions.

4. After the case management conference is concluded, an order will be entered setting dates for, *e.g.*, the close of discovery, hearing dispositive motions, the final pretrial conference, and trial. Other orders regulating and controlling future proceedings may also be entered (*e.g.*, orders setting further status conferences).

5. All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "EMC." A copy of all documents filed, whether electronically or manually, shall be submitted to the Clerk's Office in an envelope clearly marked with the case number and "EMC Chambers Copy" no later than noon on the next business day after the document is filed. The chambers copy must be three-hole punched on the left-hand side. Exhibits must be tabbed.

6. Plaintiff(s) shall serve copies of (a) this Order, (b) the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement," (c) this Court's "Civil Standing Order – General," and (d) this Court's "Civil Standing Order on Discovery" at once upon all parties to the action, and upon those subsequently joined, in accordance with the provisions of Federal Rules of Civil Procedure 4 and 5. In addition, Plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil Local Rule 5-6(a).

///
///
///

7. Failure to comply with this order, Federal Rules of Civil Procedure 16 and 26(f), and/or Civil Local Rule 16-10 may be grounds for sanctions. *See* Fed. R. Civ. P. 16(f).

Plaintiff is directed to serve a copy of this Order upon all defendants.

IT IS SO ORDERED.

Dated: October 3, 2012

_____
EDWARD M. CHEN
United States District Judge