HOLLY PRANGER, SBN 215270
DAVID BANIE, SBN 217924
PRANGER LAW GROUP
3223 Webster Street
San Francisco, California 94123
Telephone: 415.885.9800
Facsimile: 415.346.8987
E-mail: hpranger@prangerlaw.com
E-mail: dbanie@prangerlaw.com

Attorneys for Plaintiff
FAB.COM, INC.

COLLEEN BAL, SBN 167637
CORINA I. CACOVEAN, SBN 267573
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
E-mail: cbal@wsgr.com
E-mail: ccacovean@wsgr.com

Attorneys for Defendant
WHITEHAWK VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FAB.COM, INC.

Plaintiff,

v.

WHITEHAWK VENTURES, INC.,

Defendant.

Case No.: 3:12-cv-04191-~~JSC~~ EMC

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**

WHEREAS, on November 5, 2012, Plaintiff filed a First Amended Complaint against Defendant Whitehawk Ventures, Inc., purporting to allege claims for copyright infringement, trademark and trade dress infringement, unfair competition, breach of contract, unjust enrichment, breach of the implied covenant of good faith and fair dealing, an accounting and constructive trust and injunction;

WHEREAS, on November 19, 2012, Defendant filed a Motion to Dismiss the First Amended Complaint;

WHEREAS, a hearing on Defendant's Motion to Dismiss is currently scheduled for January 17, 2013, at 1:30 p.m.;

WHEREAS, the parties are actively engaged in settlement discussions;

WHEREAS, the parties have agreed to request a continuation of the hearing until February 28, 2013;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The hearing on Defendant's Motion to Dismiss currently set for January 17, 2013 shall be continued until February 28, 2013, or as soon thereafter as the matter may be heard.

2. This stipulation is without prejudice to the rights, claims, or defenses of any party.

3. This is the second modification in the case (the first one being an extension by stipulation for Defendant's time to answer Plaintiff's original complaint), and the change will not alter the date of any event or any deadline already affixed by Court order.

Dated: January 16, 2013

/s/ Colleen Bal
Colleen Bal
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
Whitehawk Ventures, Inc.

/s/ Holly Pranger
Holly Pranger
PRANGER LAW GROUP

Attorneys for Plaintiff
Fab.com, Inc.

Case3:12-cv-04191-EMC Document33 Filed01/16/13 Page3 of 4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant Whitehawk Ventures, Inc.'s Motion to Dismiss is hereby postponed to February 28, 2013 at 1:30pm.

1/16/13

DATED

HONORABLE E[obscured]. CHEN
U[obscured]T JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
CASE NO.: 3:12-CV-04191-JSC

-2-

Case3:12-cv-04191-EMC Document33 Filed01/16/13 Page4 of 4

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Colleen Bal, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Colleen Bal
Colleen Bal

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
CASE NO.: 3:12-CV-04191-JSC
-3-