| | |
|---|---|
| HOLLY PRANGER, SBN 215270 | COLLEEN BAL, SBN 167637 |
| DAVID BANIE, SBN 217924 | CORINA I. CACOVEAN, SBN 267573 |
| PRANGER LAW GROUP | WILSON SONSINI GOODRICH & ROSATI |
| 3223 Webster Street | Professional Corporation |
| San Francisco, California 94123 | 1 Market Street |
| Telephone: 415.885.9800 | Spear Tower, Suite 3300 |
| Facsimile: 415.346.8987 | San Francisco, CA 94105 |
| E-mail: hpranger@prangerlaw.com | Telephone:  (415) 947-2000 |
| E-mail: dbanie@prangerlaw.com | Facsimile:  (415) 947-2099 |
| | E-mail: cbal@wsgr.com |
| | E-mail: ccacovean@wsgr.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| FAB.COM, INC. | WHITEHAWK VENTURES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FAB.COM, INC. | ) | Case No.: 3:12-cv-04191-~~JSC~~ EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER CONTINUING THE** |
| v. | ) | **HEARING DATE ON** |
| | ) | **DEFENDANT'S MOTION TO** |
| WHITEHAWK VENTURES, INC., | ) | **DISMISS** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

1       WHEREAS, on November 5, 2012, Plaintiff filed a First Amended Complaint against

2 Defendant Whitehawk Ventures, Inc., purporting to allege claims for copyright infringement,

3 trademark and trade dress infringement, unfair competition, breach of contract, unjust

4 enrichment, breach of the implied covenant of good faith and fair dealing, an accounting and

5 constructive trust and injunction;

6       WHEREAS, on November 19, 2012, Defendant filed a Motion to Dismiss the First

7 Amended Complaint;

8       WHEREAS, a hearing on Defendant's Motion to Dismiss is currently scheduled for

9 January 17, 2013, at 1:30 p.m.;

10       WHEREAS, the parties are actively engaged in settlement discussions;

11       WHEREAS, the parties have agreed to request a continuation of the hearing until

12 February 28, 2013;

13       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

14       1.    The hearing on Defendant's Motion to Dismiss currently set for January 17, 2013

15 shall be continued until February 28, 2013, or as soon thereafter as the matter may be heard.

16       2.    This stipulation is without prejudice to the rights, claims, or defenses of any party.

17       3.    This is the second modification in the case (the first one being an extension by

18 stipulation for Defendant's time to answer Plaintiff's original complaint), and the change will not

19 alter the date of any event or any deadline already affixed by Court order.

20 Dated:  January 16, 2013

        /s/ Colleen Bal
21         Colleen Bal
        WILSON SONSINI GOODRICH & ROSATI
22

        Attorneys for Defendant
23         Whitehawk Ventures, Inc.

24         /s/ Holly Pranger
        Holly Pranger
25         PRANGER LAW GROUP

26         Attorneys for Plaintiff
        Fab.com, Inc.
27

28

1

2

**[PROPOSED] ORDER**

3
    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant

4
Whitehawk Ventures, Inc.'s Motion to Dismiss is hereby postponed to February 28, 2013 at

5
1:30pm.

6

7
       1/16/13

8
_____      HONORABLE _____ CHEN

_____      DATED      _____ T JUDGE

9

10
    IT IS SO ORDERED

Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Colleen Bal, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Colleen Bal
Colleen Bal

STIPULATION AND [PROPOSED] ORDER CONTINUING THE
HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
CASE NO.: 3:12-CV-04191-JSC

-3-