| | |
|---|---|
| HOLLY PRANGER, SBN 215270<br>DAVID BANIE, SBN 217924<br>PRANGER LAW GROUP<br>3223 Webster Street<br>San Francisco, California 94123<br>Telephone: 415.885.9800<br>Facsimile: 415.346.8987<br>E-mail: hpranger@prangerlaw.com<br>E-mail: dbanie@prangerlaw.com<br><br>Attorneys for Plaintiff<br>FAB.COM, INC. | COLLEEN BAL, SBN 167637<br>CORINA I. CACOVEAN, SBN 267573<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1 Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone:  (415) 947-2000<br>Facsimile:   (415) 947-2099<br>E-mail: cbal@wsgr.com<br>E-mail: ccacovean@wsgr.com<br><br>Attorneys for Defendant<br>WHITEHAWK VENTURES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAB.COM, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHITEHAWK VENTURES, INC.,<br><br>　　　　　Defendant. | Case No.: 3:12-cv-04191-EMC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING THE<br>HEARING DATE ON<br>DEFENDANT'S MOTION TO<br>DISMISS** AND RESETTING FURTHER CMC TO 4/18/13 AT 1:30 P.M. |

1      WHEREAS, on November 5, 2012, Plaintiff filed a First Amended Complaint against

2 Defendant Whitehawk Ventures, Inc., purporting to allege claims for copyright infringement,

3 trademark and trade dress infringement, unfair competition, breach of contract, unjust

4 enrichment, breach of the implied covenant of good faith and fair dealing, an accounting and

5 constructive trust and injunction;

6      WHEREAS, on November 19, 2012, Defendant filed a Motion to Dismiss the First

7 Amended Complaint;

8      WHEREAS, a hearing on Defendant's Motion to Dismiss is currently scheduled for

9 February 28, 2013, at 1:30 p.m.;

10      WHEREAS, the parties are in the process of concluding the litigation through a

11 negotiated settlement, which may moot the need for resolution of Defendant's Motion to

12 Dismiss;

13      WHEREAS, the parties have agreed to request a continuation of the hearing until April

14 11, 2013;

15      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

16      1.    The hearing on Defendant's Motion to Dismiss currently set for February 28,

17 2013 shall be continued until April 11, 2013, or as soon thereafter as the matter may be heard.

18      2.    This stipulation is without prejudice to the rights, claims, or defenses of any party.

19      3.    This is the third modification in the case, after an extension by stipulation for

20 Defendant's time to answer Plaintiff's original complaint and a continuation by stipulation of the

21 hearing date on Defendant's Motion to Dismiss.  This change will not alter the date of any event

22 or any deadline already affixed by Court order.

23 Dated: February 25, 2013

24                      /s/ Colleen Bal
                        Colleen Bal
25                      WILSON SONSINI GOODRICH & ROSATI

26                      Attorneys for Defendant
                     Whitehawk Ventures, Inc.

27                      /s/ Holly Pranger
                     Holly Pranger
28                      PRANGER LAW GROUP

1    Attorneys for Plaintiff
     Fab.com, Inc.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE         -2-
HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
CASE NO.: 3:12-CV-04191-EMC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant Whitehawk Ventures, Inc.'s Motion to Dismiss is hereby postponed to April 11, 2013 at 1:30pm.

The further CMC is reset from 4/18/13 to 4/11/13 at 1:30 p.m. An updated joint CMC statement shall be filed by 4/4/13.

2/26/13
DATED

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
CASE NO.: 3:12-CV-04191-EMC

-3-

1 ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

2 I, Colleen Bal, hereby attest that concurrences in the filing of this document have

3 been obtained from each of the signatories.

4 /s/ Colleen Bal
Colleen Bal

5

6

7

...

28