HOLLY PRANGER, SBN 215270
DAVID BANIE, SBN 217924
PRANGER LAW GROUP
3223 Webster Street
San Francisco, California 94123
Telephone: 415.885.9800
Facsimile: 415.346.8987
E-mail: hpranger@prangerlaw.com
E-mail: dbanie@prangerlaw.com

Attorneys for Plaintiff
FAB.COM, INC.

COLLEEN BAL, State Bar No. 167637
CORINA I. CACOVEAN, SBN 267573
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-mail:  cbal@wsgr.com
E-mail: ccacovean@wsgr.com

Attorneys for Defendant
WHITEHAWK VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAB.COM, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITEHAWK VENTURES, INC.,<br><br>　　　　Defendant. | Case No.: 3:12-cv-04191-EMC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 3:12-cv-04191-EMC                                                       - 1 -

1  Plaintiff Fab.com, Inc. and Defendant Whitehawk Ventures, Inc. d/b/a TouchofModern,
2  through their designated counsel, hereby stipulate to dismiss this entire action with prejudice,
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), each party to bear its own attorney's fees
4  and costs.

7  Dated: March 8, 2013                     PRANGER LAW GROUP

9                                            */s/ Holly Pranger*
                                             Holly Pranger

10                                           Attorneys for Plaintiff
                                             Fab.com, Inc.

13
14 Dated: March 8, 2013                     WILSON SONSINI GOODRICH & ROSATI

15                                           */s/ Colleen Bal*
                                             Colleen Bal
16                                           Corina I. Cacovean

17                                           Attorneys for Defendant
                                             Whitehawk Ventures, Inc.

20 IT IS SO ORDERED:

22 _____
   Edward M. Chen
23 U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 3:12-cv-04191-EMC                    - 2 -

### GENERAL ORDER ATTESTATION

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: March 8, 2013              */s/ Holly Pranger*
                                                HOLLY PRANGER
                                                Counsel for Plaintiff Fab.com, Inc.