| | |
|---|---|
| HOLLY PRANGER, SBN 215270<br>DAVID BANIE, SBN 217924<br>PRANGER LAW GROUP<br>3223 Webster Street<br>San Francisco, California 94123<br>Telephone: 415.885.9800<br>Facsimile: 415.346.8987<br>E-mail: hpranger@prangerlaw.com<br>E-mail: dbanie@prangerlaw.com<br><br>Attorneys for Plaintiff<br>FAB.COM, INC. | COLLEEN BAL, State Bar No. 167637<br>CORINA I. CACOVEAN, SBN 267573<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1 Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone:  (415) 947-2000<br>Facsimile:   (415) 947-2099<br>E-mail:  cbal@wsgr.com<br>E-mail: ccacovean@wsgr.com<br><br>Attorneys for Defendant<br>WHITEHAWK VENTURES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAB.COM, INC.<br><br>             Plaintiff,<br><br>     v.<br><br>WHITEHAWK VENTURES, INC.,<br><br>             Defendant. | Case No.: 3:12-cv-04191-EMC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 3:12-cv-04191-EMC                                  - 1 -

Plaintiff Fab.com, Inc. and Defendant Whitehawk Ventures, Inc. d/b/a TouchofModern, through their designated counsel, hereby stipulate to dismiss this entire action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), each party to bear its own attorney's fees and costs.

Dated: March 8, 2013         PRANGER LAW GROUP

                             ___*/s/ Holly Pranger*___
                             Holly Pranger

                             Attorneys for Plaintiff
                             Fab.com, Inc.

Dated: March 8, 2013         WILSON SONSINI GOODRICH & ROSATI

                             ___*/s/ Colleen Bal*___
                             Colleen Bal
                             Corina I. Cacovean

                             Attorneys for Defendant
                             Whitehawk Ventures, Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**GENERAL ORDER ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: March 8, 2013                         */s/ Holly Pranger*
                                              HOLLY PRANGER
                                              Counsel for Plaintiff Fab.com, Inc.